# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PEGGY R. FREEMAN, | ) |
| Plaintiff | ) |
| vs. | ) CIVIL ACTION NO. 04-1179-F |
| JO ANNE B. BARNHART,<br>Commissioner of the Social Security<br>Administration, | ) |
| Defendant. | ) |

## JUDGMENT AND ORDER OF REMAND UNDER SENTENCE FOUR

On examination of the Unopposed Motion to Remand by Defendant (Court Docket # 19) and review of the file, the Court finds:

1. Judgment should be entered reversing the decision of the Commissioner and remanding this case to the Defendant for further administrative action pursuant to sentence four of § 205(g) of the Social Security Act, 42 U.S.C. § 405(g). *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

2. Upon remand, the Administrative Law Judge (ALJ) will:

    a. Update the record regarding Plaintiff's impairments.

    b. Re-evaluate the severity of Claimant's alleged mental impairment.

    c. Re-evaluate the credibility of Claimant's subjective complaints.

    d. Otherwise, develop the administrative record as appropriate and necessary.

IT IS SO ORDERED, ADJUDGED AND DECREED.

Dated this 28th day of April, 2005.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE